IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**HENRY BOYD, JR.; DOROTHY**     **PLAINTIFFS**
**BISHOP; and KAREEM EL-AMEEN,**
individually and on behalf of all others
similarly situated

VS.     **CIVIL ACTION NO. 3:06cv548HTW-LRA**

**HALEY BARBOUR, GOVERNOR OF THE**
**STATE OF MISSISSIPPI; JIM HOOD,**
**ATTORNEY GENERAL OF THE STATE**
**OF MISSISSIPPI; and ERIC CLARK,**
**SECRETARY OF STATE OF MISSISSIPPI,**
members of the Mississippi State Board of
Election Commissioners; **LUCY CARPENTER,**
Circuit Clerk and Registrar for Marshall County,
Mississippi; **ANGIE MCGINNIS,** Circuit Clerk
and Registrar for Oktibbeha County, Mississippi;
**ROGER GRAVES,** Circuit Clerk and Registrar
for Pike County, Mississippi, on behalf of himself
and all others similarly situated; and **AUDREY**
**JENKINS, ARTIST ROBBINS, SHIRLEY**
**FITZGERALD, MELODY WHITE and**
**LYNN WELLS,** members of the **PIKE**
**COUNTY, MISSISSIPPI BOARD OF**
**ELECTION COMMISSIONERS,** on behalf of
themselves and all others similarly situated     **DEFENDANTS**

**DEFENDANTS' MOTION TO DISMISS COMPLAINT**

    **COMES NOW** the Defendants[1], Haley Barbour, Governor of the State of Mississippi,

Jim Hood, Attorney General of the State of Mississippi, and Eric Clark, Secretary of State of the

State of Mississippi [collectively referred to as "the State Defendants"], and file their Motion to

---

[1] Although the Mississippi Attorney General only represents those Defendants named herein, the arguments presented in the State Defendants' Memorandum of Authorities apply equally to all Defendants.

Dismiss Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.[2]  Pursuant to the Memorandum of Authorities accompanying this Motion, the arguments presented and incorporated therein and the exhibits attached thereto, the State Defendants respectfully request that this Court grants their Motion.

Wherefore, premises considered, the State Defendants respectfully requests that this Court GRANT the present Motion to Dismiss Complaint.

Respectfully submitted, this the 25th day of October, 2006.

By:   JIM HOOD, ATTORNEY GENERAL

s/ Shawn S. Shurden
SHAWN S. SHURDEN, MSBN 99678
SPECIAL ASSISTANT ATTORNEYS GENERAL
CIVIL LITIGATION DIVISION

*Counsel for the Defendants*

Civil Litigation Division
Office of Attorney General
Post Office Box 220
Jackson, Mississippi 39205
Telephone:  (601) 359-3680

---

[2] In addition to the arguments made in the Memorandum of Authorities accompanying this Motion, the State Defendants incorporate by reference herein the arguments contained in the State Defendants' Reply in Opposition to Motion to Convene Three-Judge Court, Reply in Opposition to Motion for Preliminary Injunction and Reply in Opposition to Motion for TRO which will be filed in the immediate future.  Notably, the State Defendants will raise the doctrine of laches as barring the requested relief.

**CERTIFICATE OF SERVICE**

       I hereby certify that on October 25, 2006, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

       Carroll Rhodes, Esq.
       crhode@bellsouth.net

       Deborah A. McDonald, Esq.
       attorneydmc@bellsouth.net

       I hereby certify that I have mailed by United States Postal Service the forgoing document to the following non-ECF participants:

       Leonard McClellan, Esq.
       Lee & Associates
       2311 West Capitol Street
       Jackson, Mississippi 39209

       Carmen Brooks, Esq.
       Post Office Box 448
       Natchez, Mississippi 39121

       Tacey Clayton, Esq.
       Clayton Law Group
       Post Office Box 7053
       Tupelo, Mississippi 38802

       Jackson M. Brown, Esq.
       Oktibbeha County Board Attorney
       Post Office Box 57
       Starkville, Mississippi 39760-2257

       Wayne Dowdy, Esq.
       Pike County Board Attorney
       Post Office Box 30
       Magnolia, Mississippi 39652

This 25th day of October, 2006.

                                      s/ Shawn S. Shurden
                                      SHAWN S. SHURDEN