IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**HENRY BOYD, JR; DOROTHY**      **PLAINTIFFS**
**BISHOP; and KAREEM EL-AMEEN,**
**individually and on behalf of all others**
**similarly situated**

**VS.**      **CIVIL ACTION NO:3:06cv548HTW-LRA**

**HALEY BARBOUR, GOVERNOR OF THE STATE**
**OF MISSISSIPPI; JIM HOOD, ATTORNEY**
**GENERAL OF THE STATE OF MISSISSIPPI;**
**and ERIC CLARK, SECRETARY OF STATE OF**
**MISSISSIPPI, members of the Mississippi State Board**
**of Election Commissioners; LUCY CARPENTER, Circuit**
**Clerk and Registrar for Marshall County, Mississippi;**
**ANGIE MCGINNIS, Circuit Clerk and Registrar for**
**Oktibbeha County, Mississippi; ROGER GRAVES,**
**Circuit Clerk and Registrar for Pike County, Mississippi,**
**on behalf of himself and all others similarly situated; and**
**AUDREY JENKINS, ARTIST ROBBINS, SHIRLEY**
**FITZGERALD, MELODY WHITE, and LYNN WELLS,**
**members of the PIKE COUNTY, MISSISSIPPI BOARD OF**
**ELECTION COMMISSIONERS, on behalf of themselves**
**and all others similarly situated**      **DEFENDANTS**

## MOTION TO DISMISS

      **COME NOW** Roger Graves, Circuit Clerk and Registrar for Pike County, Mississippi, Audrey Jenkins, Artist Robbins, Shirley Fitzgerald, Melody White, and Lynn Wells, members of Pike County Mississippi Board Of Election Commissioners (collectively referred to as: the Pike County Defendants") and file there Motion to Dismiss Complaint pursuant to Rule 12 (b) (6) of

the Federal Rules of Civil Procedure. The Pike County Defendants join in the Motion to Dismiss filed by the State Defendants, and incorporate by reference the arguments made in the Memorandum of Authorities accompanying the Motion by the State Defendants, the arguments contain in the State defendants' reply and opposition Motion to Convene Three- Judge Court, reply and opposition to Motion for Preliminary Injunction and reply and opposition to Motion for Temporary Restraining Order which will be filed in the immediate future. The Pike County Defendants join in the defense which will be filed by the State Defendants raising the Doctrine of Laches as barring the requested relief.

    Wherefore, premises considered, the Pike County Defendants respectfully requests that this Court GRANT the present Motion to Dismiss Complaint.

                                      Respectfully Submitted,

                                      ROGER GRAVES, Circuit Clerk and
                                      Registrar for Pike County, Mississippi;
                                      AUDREY JENKINS, ARTIST ROBBINS,
                                      SHIRLEY FITZGERALD, MELODY
                                      WHITE, and LYNN WELLS, members of
                                      The PIKE COUNTY, MISSISSIPPI
                                      BOARD OF ELECTION COMMISSIONERS,
                                      DEFENDANTS

                                      BY: DOWDY & COCKERHAM

                                      S/ Wayne Dowdy
                                      WAYNE DOWDY
                                      ATTORNEY FOR PIKE COUNTY BOARD
                                      OF SUPERVISORS

WAYNE DOWDY, Esq; MSB #6177
PIKE COUNTY BOARD ATTORNEY
215 East Bay Street
Post Office Box 30
Magnolia, Mississippi 39652

## CERTIFICATE OF SERVICE

I hereby certify that on October 28 , 2006, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Carroll Rhodes, Esq.
Crhode@bellsouth.net

Deborah A. McDonald, Esq.
attorneydmc@bellsouth.net

I hereby certify that I have mailed by United States Postal Service the foregoing document to the following non-ECF participants:

Leonard McClellan, Esq
Lee & Associates
2311 West Capitol Street
Jackson, Mississippi 39209

Carmen Brooks, Esq.
Post Office Box 448
Natchez, Mississippi 39121

Tacey Clayton, Esq.
Clayton Law group
Post Office Box 7053
Tupelo, Mississippi 38802

Jackson M. Brown, Esq.
Oktibbeha County Board Attorney
Post Office Box 57
Starkville, Mississippi 39760-2257

Shawn S. Shurden, Esq.
Special Assistant Attorney General
Civil Litigation Division
Post Office Box 220
Jackson, Mississippi 39205

This 28th day of October, 2006

S/   Wayne Dowdy
WAYNE DOWDY