IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| **HENRY BOYD, JR.; DOROTHY BISHOP; and KAREEM EL-AMEEN,** individually and on behalf of all others similarly situated | **PLAINTIFFS** |
| VS. | CIVIL ACTION NO. 3:06cv548HTW-LRA |
| **HALEY BARBOUR, GOVERNOR OF THE STATE OF MISSISSIPPI; JIM HOOD, ATTORNEY GENERAL OF THE STATE OF MISSISSIPPI; and ERIC CLARK, SECRETARY OF STATE OF MISSISSIPPI,** members of the Mississippi State Board of Election Commissioners; **LUCY CARPENTER,** Circuit Clerk and Registrar for Marshall County, Mississippi; **ANGIE MCGINNIS,** Circuit Clerk and Registrar for Oktibbeha County, Mississippi; **ROGER GRAVES,** Circuit Clerk and Registrar for Pike County, Mississippi, on behalf of himself and all others similarly situated; and **AUDREY JENKINS, ARTIST ROBBINS, SHIRLEY FITZGERALD, MELODY WHITE, and LYNN WELLS,** members of the **PIKE COUNTY, MISSISSIPPI BOARD OF ELECTION COMMISSIONERS,** on behalf of themselves and all others similarly situated | **DEFENDANTS** |

### RESPONSE TO LOCAL DEFENDANTS' MOTION TO DISMISS COMPLAINT

Plaintiffs, Henry Boyd, Jr., Dorothy Bishop, and Kareem El-Ameen, individually and on behalf of all others similarly situated, adopt their Response to Defendants' Motion to Dismiss filed in this case on October 30, 2006. And, plaintiffs also point out that the Local defendants' motion to dismiss is moot at this point because the Court has already denied the State defendants' motion to dismiss.

WHEREFORE, PREMISES CONSIDERED, plaintiffs respectfully request the Court to deny the Local defendants' motion to dismiss as well.

This the 2nd day of November, 2006.

> Respectfully submitted,
> HENRY KIRKSEY, ET. AL.,
> PLAINTIFFS
>
> /s/ Carroll Rhodes
> CARROLL RHODES, ESQ., MSB # 5314
> LAW OFFICES OF CARROLL RHODES
> POST OFFICE BOX 588
> HAZLEHURST, MS 39083
> (601) 894-4323
> crhode@bellsouth.net
>
> DEBORAH A. MCDONALD, ESQ.
> 521 MAIN STREET
> POST OFFICE BOX 2038
> NATCHEZ, MS 39121-2038
> (601) 445-5577
> attorneydmc@bellsouth.net
>
> LEONARD MCCLELLAN, ESQ.
> LEE & ASSOCIATES
> 2311 WEST CAPITOL STREET
> JACKSON, MS 39209
> (601) 355-9895
> lass2311@aol.com
>
> CARMEN BROOKS, ESQ.
> 707 MAIN STREET
> POST OFFICE BOX 448
> NATCHEZ, MS 39121
> (601) 445-5577
> cbrooks1@jam.it.com

**CERTIFICATE OF SERVICE**

  I, CARROLL RHODES, one of the attorneys for the plaintiffs, hereby certify that I have this day electronically served by the ECF system, which sent notification of such filing of a true and correct copy of the above and foregoing to:

 Shawn Shurden, Esq.
 sshur@ago.state.ms.us

 Wayne Dowdy, Esq.

 And, I have today mailed, a true and correct copy of the foregoing to:

 Wayne Dowdy, Esq.
 Pike County Board Attorney
 215 East Bay Street
 Post Office Box 30
 Magnolia, Mississippi 39652

 Tracey Clayton, Esq.
 Clayton Law Group
 Post Office Box 7053
 Tupelo, Mississippi 38802

 Jackson M. Brown, Esq.
 Oktibbeha County Board Attorney
 Post Office Box 57
 Starkville, Mississippi 39760-2257

This the 2nd day of November, 2006.

                /s/ Carroll Rhodes
                Carroll Rhodes