## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

**HENRY BOYD, JR.; DOROTHY**  **PLAINTIFFS**
**BISHOP; and KAREEM EL-AMEEN,**
individually and on behalf of all others
similarly situated

VS.   CIVIL ACTION NO. 3:06cv548HTW-LRA

**HALEY BARBOUR, GOVERNOR OF THE**
**STATE OF MISSISSIPPI; JIM HOOD,**
**ATTORNEY GENERAL OF THE STATE**
**OF MISSISSIPPI; and ERIC CLARK,**
**SECRETARY OF STATE OF MISSISSIPPI,**
members of the Mississippi State Board of
Election Commissioners; **LUCY CARPENTER,**
Circuit Clerk and Registrar for Marshall County,
Mississippi; **ANGIE MCGINNIS,** Circuit Clerk
and Registrar for Oktibbeha County, Mississippi;
**ROGER GRAVES,** Circuit Clerk and Registrar
for Pike County, Mississippi, on behalf of himself
and all others similarly situated; and **AUDREY**
**JENKINS, ARTIST ROBBINS, SHIRLEY**
**FITZGERALD, MELODY WHITE and**
**LYNN WELLS,** members of the **PIKE**
**COUNTY, MISSISSIPPI BOARD OF**
**ELECTION COMMISSIONERS,** on behalf of
themselves and all others similarly situated   **DEFENDANTS**

### AGREED ORDER OF DISMISSAL

This cause came on for hearing on the informal motion of the parties to dismiss the above entitled action without prejudice; and the Court having carefully considered the matter and noting that the parties agree to the relief requested, finds that the motion is well-taken and should be granted. It is therefore,

ORDERED that the above entitled action be, and is hereby, dismissed without prejudice.

It is further,

ORDERED that each party shall bear their own costs and expenses associated with this matter.

SO ORDERED this the 29th day of January, 2007.

s/ HENRY T. WINGATE

CHIEF UNITED STATES DISTRICT JUDGE

Agreed:

s/Carroll Rhodes
Carroll Rhodes (MSB # 5314)
LAW OFFICES OF CARROLL RHODES
P. O. Box 588
Hazlehurst, Mississippi 39083

**Counsel for Plaintiffs**


s/Shawn Shurden
Shawn S. Shurden (MB #99678 )
Civil Litigation Division
Office of the Attorney General
P. O. Box 220
Jackson, Mississippi 39205

**Counsel for Defendants**


Civil Action No. 3:06-cv-548 HTW-LRA
Agreed Order of Dismissal

2